J. Greg Coulter (State Bar No. 016890)
Jacqueline F. Langland (State Bar No. 035422)
JACKSON LEWIS PC
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Jacqueline.Langland@jacksonlewis.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Reina Patocs,<br><br>           Plaintiff,<br><br> vs.<br><br>ADP LLC, *et al.*,<br><br>           Defendants. | Case No.  2:20-cv-01257-JJT<br><br>**NOTICE OF SETTLEMENT** |

The Parties hereby advise the Court that they have reached an agreement to resolve this matter.  The parties are in the process of preparing final documents and will file a Stipulation to Dismiss, with prejudice, upon completion of settlement terms.

DATED December 16, 2022

                                                    **JACKSON LEWIS P.C.**

                                                    By:*/s/ J. Greg Coulter*
                                                        J. Greg Coulter
                                                        Jacqueline F. Langland
                                                        Attorneys for Defendants
                                                        ADP LLC and ADP Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Marshall A. Martin
Law Office of Marshall A. Martin
8712 E. Via De Commerco, Ste. 10
Scottsdale, AZ 85258
marshall@marshallmartinlaw.com

Jeffrey Silence
Law Office of Jeffrey Silence
3241 E. Shea Blvd Ste 1 #434
Phoenix, AZ 85028
js@silencelaw.com
*Attorneys for Plaintiff*


By: /s/ Amalia Tafoya


4861-3877-9972, v. 1