.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reina Patocs, | No. CV-20-01257-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Automatic Data Processing Incorporated, *et al.*, | |
| Defendants. | |

Pursuant to this Court's Order of December 19, 2022 (Doc. 61),

**IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 24th day of January, 2023.

Honorable John J. Tuchi
United States District Judge